UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY HURLEY,

   Plaintiff,

v.                                   CASE NO.: 1:17-cv-222-MW-GRJ

COMENTIY BANK,

   Defendant.
_____/

## JOINT STIPULATION TO ARBITRATE

Plaintiff, **MARY HURLEY** ("Plaintiff"), and Defendant, **COMENITY BANK** ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint stipulation to arbitrate and stay the lawsuit, and in support thereof states as follows:

1. Plaintiff commenced this action by filing a complaint against Defendant on or about August 31, 2017. (Doc. No. 1).

2. The Parties have since agreed to arbitrate all of the claims against one another pursuant to the parties' written arbitration agreement.

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A," which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and stay the lawsuit pending arbitration.

**WHEREFORE,** the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A."

Respectfully submitted this **30** day of **November, 2017**.

| | |
|---|---|
| */s/ Jared M. Lee* <br> Jared M. Lee, Esquire <br> Florida Bar No.:  0052284 <br> Morgan & Morgan, Tampa, P.A. <br> 20 N. Orange Ave., Ste. 1600 <br> Orlando, FL 32801 <br> Tele:  (407) 420-1414 <br> Fax:   (407) 245-3485 <br> Email:  JLee@ ForThePeople.com <br>       MRathbun@ForThePeople.com <br> *Counsel for Plaintiff(s)/Claimant(s)* | */s/ Charles J. McHale* <br> Dale T. Golden, Esq. <br> Florida Bar No. 0094080 <br> Charles J. McHale, Esq. <br> Florida Bar No. 0026555 <br> **Golden Scaz Gagin, PLLC** <br> 201 North Armenia Avneue <br> Tampa, Florida 33609 <br> Telephone: (813) 251-5500 <br> Email: dgolden@gagfirm.com <br> Email: cmchale@gagfirm.com <br> *Counsel for Defendant* |