UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY HURLEY,

    Plaintiff,

-vs-

                                        CASE NO.:  1:17-cv-00222-MW-GRJ

COMENITY BANK,

    Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff, Mary Hurley, and Defendant, Comenity Bank, through counsel and pursuant to this Court's Order directing the parties to file a Joint Status Report every 180 days (Doc. 16), state:

1. The case remains at issue.

2. On April 19, 2018, H. David Luff, Arbitrator was appointed as arbitrator.

3. A telephonic preliminary hearing was held on May 9, 2018 and a scheduling order was issued.

4. The parties are in the process of exchanging discovery requests and are in the process of scheduling depositions.

5. The final arbitration hearing is scheduled for March 14, 2019.

Dated: May 30, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Charles J. McHale* |
| Octavio Gomez, Esquire | Golden Scaz Gagain, PLLC |
| Florida Bar No. 338620 | Dale T. Golden, Esquire FBN: 0094080 |
| MORGAN & MORGAN, TAMPA, P.A. | Charles J. McHale, Esquire FBN: 0026555 |
| 201 N. Franklin Street, Suite 700 | 201 North Armenia Avenue |
| Tampa, FL 33602 | Tampa, FL 33609 |
| Telephone: (813) 223-5505 | Phone: 813-251-5500 |
| Facsimile: (813) 223-5402 | Email: dgolden@gsgfirm.com |
| Email: TGomez@ForThePeople.com | Email: cmchale@gsgfirm.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |